In re the Matter of J.L.M.
and R.C.M., Plaintiffs,

Barbara Jo MARRIOTT, Respondent,

v.

Ronald Lynn MARRIOTT, Appellant,

Lynn Marriott and Judy Marriott,
Intervenors.

No. WD 48280.

Missouri Court of Appeals,
Western District.

May 31, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 2, 1994.

Application to Transfer Denied
Sept. 20, 1994.

Jerold L. Drake, Grant City, for appellant.

Zel M. Fischer, Rockport, for respondent.

Before BERREY, P.J., and KENNEDY
and SPINDEN, JJ.

ORDER

PER CURIAM:

Ronald Lynn Marriott appeals the trial
court's finding that he sexually abused his
daughter in a child custody case pursuant to
the Uniform Child Jurisdiction Act. The
appeal is dismissed. Rule 84.16(b).